|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | |
| 3 | | DISTRICT OF NEVADA |
| 4 | | |

| | |
|---|---|
| CHRISTOPHER LENARD BLOCKSON, | Case No. 2:21-cv-00731-GMN-VCF |
| Petitioner, | |
| v. | **ORDER** |
| JERRY HOWELL, *et al.*, | |
| Respondents. | |

Christopher Lenard Blockson, an individual incarcerated at Nevada's Southern Desert Correctional Center, has submitted an application to proceed *in forma pauperis* (ECF No. 1) and a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). In light of the information provided in the *in forma pauperis* application, the Court finds that Blockson is able to pay the $5 filing fee for this action.

**IT IS THEREFORE ORDERED** that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Petitioner will have 45 days from the date of this order to have the filing fee of five dollars ($5) sent to the Clerk of the Court. Failure to comply with this order will result in dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send Petitioner two copies of this order. Petitioner must make the necessary arrangements to have a copy of this order and the check for the filing fee sent to the Court to pay the filing fee.

///
///
///
///

1

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), Jerry Howell is substituted for "Hutchings," as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 4 day of May, 2021.

GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE