UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER LENARD BLOCKSON,

Petitioner,

v.

JERRY HOWELL, *et al.*,

Respondents.

Case No. 2:21-cv-00731-GMN-VCF

**ORDER**

Christopher Lenard Blockson, an individual incarcerated at Nevada's Southern Desert Correctional Center, has submitted an application to proceed *in forma pauperis* (ECF No. 1) and a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). In an order entered May 4, 2021 (ECF No. 3), in view of the information provided in Blockson's *in forma pauperis* application, the Court found that Blockson is able to pay the filing fee, denied his *in forma pauperis* application, and ordered him to pay the $5 filing fee for this action within 45 days, that is, by June 18, 2021.

On May 19, 2021, the Court received from Blockson a letter (ECF No. 4) in which he expresses confusion about whether his habeas petition has been filed, and in which he states that he has attempted, twice, to pay the filing fee. In that letter, Blockson also requests a copy of his petition.

The docket reflects that the Court has not received payment of the filing fee. The Court has received Blockson's habeas petition (ECF No. 1-1), but it has not yet been formally filed such as to initiate this action. The petition will be filed when the filing fee is received.

**IT IS THEREFORE ORDERED** that the time for Petitioner to pay the $5 filing fee for this action is extended to August 17, 2021. Failure to pay the filing fee within the time granted will result in dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send Petitioner two copies of this order. Petitioner must make the necessary arrangements to have a copy of this order and the check for the $5 filing fee sent to the Court to pay the filing fee.

**IT IS FURTHER ORDERED** that the Clerk is directed to send Petitioner a copy of his habeas petition (ECF No. 1-1).

DATED THIS ___21___ day of _____June_____, 2021.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE