UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER LENARD BLOCKSON,<br><br>    Petitioner,<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-00731-GMN-VCF<br><br>**ORDER** |

    This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Christopher Lenard Blockson, an individual incarcerated at Nevada's Southern Desert Correctional Center. The Court received Blockson's Petition for Writ of Habeas Corpus (ECF No. 1-1) on May 3, 2021. Blockson paid the $5 filing fee for this action on July 7, 2021 (ECF No. 7). On July 8, 2021, the Court screened Blockson's petition, ordered his petition served on the respondents, and set deadlines for the respondents to appear and respond (ECF No. 8).

    On July 14, 2021, the Court received a second payment of the $5 filing fee from Blockson (ECF No. 10). That payment is redundant and unnecessary, and the Court will order it refunded to Blockson.

    **IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to refund to Petitioner the $5 filing fee payment received on July 14, 2021 (ECF No. 10).

DATED THIS __16__ day of _____July_____, 2021.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE

1