UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER LENARD BLOCKSON,<br><br>   Petitioner,<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>   Respondents. | Case No. 2:21-cv-00731-GMN-VCF<br><br>**ORDER** |

In this habeas corpus action, brought *pro se* by Christopher Lenard Blockson, the respondents were due to file a response to Blockson's habeas petition by October 6, 2021. *See* Order entered July 8, 2021 (ECF No. 8).

On October 4, 2021, Respondents filed a motion for extension of time (ECF No. 16), requesting a 61-day extension of time, to December 6, 2021. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. This would be the first extension of this deadline. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 16) is **GRANTED**. Respondents will have until and including **December 6, 2021**, to file their response to the habeas petition.

///

///

///

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 8, 2021 (ECF No. 8) will remain in effect (Petitioner will have 60 days to file either a reply to an answer or a response to a motion to dismiss).

DATED THIS __12__ day of _____October_____, 2021.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE