UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER LENARD BLOCKSON,<br><br>    Petitioner,<br><br>    v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-00731-GMN-VCF<br><br>**ORDER** |

In this habeas corpus action, brought *pro se* by Christopher Lenard Blockson, the respondents are due to file a response to Blockson's habeas petition by December 6, 2021. *See* Order entered July 8, 2021 (ECF No. 8); Order entered October 12, 2021 (ECF No. 17).

On October 25, 2021, the Court received from Blockson a letter (ECF No. 18), in which he requests copies of various documents from the electronic file in this case. In the interests of justice, to facilitate Blockson's *pro se* litigation of this action, and good cause appearing, the Court will grant Blockson's request in part, and will direct the Clerk of the Court to send to Blockson a copy of the docket sheet for this action, and all Court orders entered in the case since the Court received payment of the filing fee for this action from Blockson on July 14, 2021. This will bring Blockson up to date regarding the status of the case and will provide him with the information he needs to respond to whatever response to his petition Respondents file.

///

///

///

///

**IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to send to the Petitioner, along with a copy of this order, a copy of the docket sheet for this action and copies of the court orders on file at ECF Nos. 8, 11, 15 and 17.

DATED THIS __12__ day of _____November_____, 2021.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE