UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER LENARD BLOCKSON,

    Petitioner,

    v.

JERRY HOWELL, *et al.*,

    Respondents.

Case No. 2:21-cv-00731-GMN-VCF

**ORDER**

In this habeas corpus action, brought *pro se* by Christopher Lenard Blockson, the respondents are due to file a response to Blockson's habeas petition by February 4, 2022. *See* Order entered July 8, 2021 (ECF No. 8); Order entered October 12, 2021 (ECF No. 17); Order entered December 8, 2021 (ECF No. 22).

On January 4, 2022, Blockson filed a motion for leave to conduct discovery (ECF No. 26). Respondents filed a response to that motion on January 18, 2022 (ECF No. 29). Blockson is due to file a reply to Respondents' response by January 25, 2022. The Court will extend the time for that reply to March 4, 2022.

On January 20, 2022, Blockson filed a motion (ECF No. 30) requesting service of documents filed by Respondents. Specifically, Blockson requests service of the answer to his habeas petition and the opposition to his motion for leave to conduct discovery. Respondents have not filed an answer or any other response to Blockson's petition. Respondents only filed their opposition to the discovery motion on January 18, 2022; the Court observes that it is possible that delay caused in the prison by the COVID-19 pandemic has affected the service of that document. At any rate, the Court will direct the Clerk of the Court to send to Blockson, by mail, a copy of this order and a copy of Respondents' opposition to his motion for leave to conduct discovery.

1

2   **IT IS THEREFORE ORDERED** that Petitioner will have until and including

March 4, 2022, to file a reply to Respondents' response to his motion for leave to

3   conduct discovery.

4   **IT IS FURTHER ORDERED** that Petitioner's Motion to Request Service (ECF

5   No. 30) is **GRANTED IN PART AND DENIED IN PART**. The Clerk of the Court is

6   directed to send to Petitioner, by mail, a copy of this order and a copy of the document

7   filed at ECF No. 29. In all other respects, Petitioner's motion is denied.

8

9   DATED THIS   21   day of _____ January _____, 2022.

10

11   _____

12   GLORIA M. NAVARRO
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28