UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER LENARD BLOCKSON,<br><br>    Petitioner,<br><br>    v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-00731-GMN-VCF<br><br>**ORDER** |

    In this habeas corpus action, brought *pro se* by Christopher Lenard Blockson, the respondents are due to file a response to Blockson's habeas petition by February 4, 2022. *See* Order entered July 8, 2021 (ECF No. 8); Order entered October 12, 2021 (ECF No. 17); Order entered December 8, 2021 (ECF No. 22).

    On January 4, 2022, Blockson filed a motion for leave to conduct discovery (ECF No. 26). Respondents filed a response to that motion on January 18, 2022 (ECF No. 29). Blockson filed a reply on January 28, 2022 (ECF No. 32). In his reply, Blockson states that he wishes to rescind the motion. The Court will, therefore, deny the motion, without prejudice, on the ground that it has been withdrawn by Blockson. The documents filed in support of the motion will remain on file, and Blockson may refer to those documents in subsequent filings in this action.

    On January 28, 2022, Blockson also filed a motion entitled "Proof of Service Request per F.R.C.P." (ECF No. 33). In that motion, Blockson states that he did not receive service of Respondents' response to his motion for leave to conduct discovery. He acknowledges, however, that he received a copy of that filing from another source, and the Court notes that he has been able to reply to it. Blockson points out, and the Court observes, that the address for him included by Respondents in their certificate of service included: "c/o TLVCC Law Librarian," referring to the law librarian at Three

Lakes Valley Conservation Camp. *See* Response to Motion for Discovery (ECF No. 29), p. 6. Blockson is incarcerated at the Southern Desert Correctional Center, in Indian Springs, Nevada. The Court's docket includes the correct address for Blockson: Christopher Lenard Blockson, 50821, Southern Desert Correctional Center, P.O. Box 208, Indian Springs, NV 89070. The Court will grant Blockson's motion in part, and will direct Respondents to correct the address they have for Blockson.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Discovery (ECF No. 26) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's "Proof of Service Request per F.R.C.P." (ECF No. 33) is **GRANTED IN PART AND DENIED IN PART**. Respondents are directed to correct the address they have for Petitioner, as described above. In all other respects, Petitioner's motion is denied.

DATED THIS __2__ day of _____February_____, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE