UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER LENARD BLOCKSON,

    Petitioner,

    v.

JERRY HOWELL, *et al.*,

    Respondents.

Case No. 2:21-cv-00731-GMN-VCF

**ORDER**

In this habeas corpus action, brought *pro se* by Christopher Lenard Blockson, the respondents filed a motion to dismiss on February 4, 2022 (ECF No. 35). Blockson filed an opposition to the motion to dismiss on February 18, 2022 (ECF No. 45). Respondents to file a reply to Blockson's opposition to their motion by March 21, 2022. *See* Order entered July 8, 2021 (ECF No. 8) (30 days for reply).

On March 21, 2022, Respondents filed a motion for extension of time (ECF No. 48), requesting a 45-day extension of time, to May 5, 2022. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 48) is **GRANTED**. Respondents will have until and including **May 5, 2022**, to file a reply in support of their motion to dismiss.

///

///

///

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 8, 2021 (ECF No. 8) will remain in effect.

DATED THIS __22__ day of _____March_____, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE