UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER LENARD BLOCKSON,<br><br>    Petitioner,<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-00731-GMN-VCF<br><br>**ORDER** |

In this habeas corpus action, brought *pro se* by Christopher Lenard Blockson, the respondents filed a motion to dismiss on February 4, 2022 (ECF No. 35). Blockson filed an opposition to the motion to dismiss on February 18, 2022 (ECF No. 45). After a 30-day initial period and a 45-day extension of time, Respondents were to file a reply to Blockson's opposition to their motion by May 5, 2022. *See* Order entered July 8, 2021 (ECF No. 8) (30 days for reply); Order entered March 22, 2022 (ECF No. 49) (45-day extension).

On May 5, 2022, Respondents filed a motion for extension of time (ECF No. 52), requesting a further 46-day extension of time, to June 20, 2022. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension, and the Court will grant the motion. However, the Court has examined Respondents' motion to dismiss and Blockson's response and determines that Respondents will have had more than enough time (about four months) to file their reply, despite counsel's heavy caseload. *The Court will not grant any further motion to extend this deadline absent extraordinary circumstances.*

On March 25, 2022, Blockson filed a document entitled "Official Justice Court Records Not Provided by the Attorney General" (ECF No. 50). In that document, Blockson asserts that Respondents failed to provide the Court with certain material from the state court record, and he includes that material as exhibits. The Court treats Blockson's March 25 filing as a motion to expand the record under Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts. Respondents filed a response to Blockson's motion on April 7, 2022 (ECF No. 51), showing that they have in fact filed copies of the material in question (as part of their Exhibit 3, at ECF No. 36-3). Therefore, the Court will deny Blockson's motion, as it is unnecessary to expand the record as he suggests.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 52) is **GRANTED**. Respondents will have until and including **June 20, 2022**, to file a reply in support of their motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 8, 2021 (ECF No. 8) will remain in effect.

**IT IS FURTHER ORDERED** that Petitioner's filing entitled "Official Justice Court Records Not Provided by the Attorney General" (ECF No. 50) is treated as a motion to expand the record and is **DENIED**.

DATED THIS __9__ day of _____May_____, 2022.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE