UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER LENARD BLOCKSON,<br><br>　　Petitioner,<br><br>v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>　　Respondents. | Case No. 2:21-cv-00731-GMN-VCF<br><br>**ORDER** |

　　In this habeas corpus action, brought *pro se* by Christopher Lenard Blockson, who is incarcerated at Nevada's Southern Desert Correctional Center, on July 25, 2022, the Court granted Respondents' motion to dismiss in part and denied it in part. *See* Order entered July 25, 2022 (ECF No. 55). The Court dismissed two of Blockson's three claims for habeas corpus relief and left the third to be resolved on its merits. *See id*. The Court ordered Respondents to file an answer within 90 days—that is, by October 24, 2022—responding to the remaining claim. *See id*. Blockson will then have 60 days to file a reply to Respondents' answer. *See id*.; *see also* Order entered July 8, 2021 (ECF No. 8).

　　On August 24, 2022, Blockson filed a motion (ECF Nos. 57, 58) requesting appointment of counsel and requesting that the Court send him copies of three cases. The Court previously denied a motion by Blockson for appointment of counsel. *See* Order entered July 8, 2021 (ECF No. 8). The Court determines that appointment of counsel remains unwarranted. As for Blockson's request that the Court provide him with legal research materials, that request will be denied. The Court is generally unable to such law library services to incarcerated *pro se* litigants, and the Court declines to do so here.

1

**IT IS THEREFORE ORDERED** that Petitioner's Request for Legal Research and the Appointment of Attorney (ECF Nos. 57, 58) is **DENIED**.

DATED THIS __24__ day of _____August_____, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE